AMENDED

21-10542

21-10542

943-45-47  HDFC/ Finger Management  
20 Tuckahoe Road  
Yonkers  New York, NY 10710

Capital One Bank Usa N  
Po Box 31293  
Salt Lake City, UT 84131

Lvnv Funding Llc  
Po Box 1269  
Greenville, SC 29602