| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------- x | Return Date: June 28th, 2021 |
| In re: | Case No.: 21-10542-dsj |
| JANIL DEAN | Hon. David S Jones |
| Debtor(s).<br>---------------------------------------------- x | Chapter: 7<br>CERTIFICATE OF SERVICE |

    The undersigned certifies that on <u>April 7, 2021, 2021</u>, a copy of the annexed Notice of Motion, Motion to Convert from Chapter 7 to Chapter 13, and Proposed Order was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon:

*Trustee*
**Albert Togut**
Togut Segal & Segal, LLP
One Penn Plaza
Suite 3335
New York, NY 10119
(212) 594-5000

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500

**ALL CREDITORS LISTED ON THE ATTACHED MAILING MATRIX**

Dated: _____        Signature: <u>/s/ Beverly Robin Burt, Esq.</u>
                                                                                                  Beverly Robin Burt
                                                                                *Attorney for Debtor*