# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: Admin | Date Created: 6/29/2021 |
| Case: 21−10542−dsj | Form ID: 155new | Total: 12 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Albert Togut | altogut@teamtogut.com |
| aty | Beverly Robin Burt, I | rburt@brburtlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Janil Dean, Ms | 947 Teller Avenue | Apt 4F | Bronx, NY 10451 | |
| tr | Albert Togut | Togut Segal & Segal, LLP | One Penn Plaza | Suite 3335 | New York, NY 10119 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205−0300 | |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 | | |
| smg | New York City Dept. Of Finance | Office of Legal Affairs | 375 Pearl Street, 30th Floor | New York, NY 10038 | |
| 7825126 | 943−45−47 HDFC/ Finger Management | 20 Tuckahoe Road | Yonkers New York, NY 10710 | | |
| 7825127 | Capital One Bank Usa N | Po Box 31293 | Salt Lake City, UT 84131 | | |
| 7825128 | Lvnv Funding Llc | Po Box 1269 | Greenville, SC 29602 | | |

TOTAL: 9